UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
IN RE WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION       :   21 MC 102 (AKH)
                                          :
------------------------------------------------------------- x
MARGARITA GIL                             :
                                          :
                        Plaintiff,        :   07 Civ. 4470 (AKH)
                                          :
        - against -                       :   **ORDER DENYING**
                                          :   **STIPULATED EXTENSION OF**
160 WATER STREET, INC., et al.,           :   **TIME TO ANSWER**
                                          :
                        Defendants.       :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

By one-page submission dated July 12, 2007, Plaintiff Margarita Gil and defendant Pace University ("Defendant") stipulate that Defendant's time to respond in the above-captioned action shall be extended from July 25, 2007 to September 25, 2007. The stipulated motion to extend time disregards Case Management Order No. 4 ("CMO4"), drafted with input from Plaintiff's counsel, and is denied as moot.

CMO4 directs all defendants in this consolidated litigation (21 MC 102) to answer, move, or otherwise respond to the Master Complaint, through liaison counsel, by August 3, 2007. See CMO4 ¶ I(1). Paragraph J of CMO4 prescribes procedures for responding to the individual Check-Off Complaints. Specifically, "Defendants shall serve and file [a] Notice of Adoption of Answer to Master Complaint within forty-five (45) days of the filing of their Answer to Master Complaint." CMO4 ¶ J(4). The stipulated extension is unnecessary.

SO ORDERED.

Dated:   July 24, 2007
         New York, New York

                                          _____
                                          ALVIN K. HELLERSTEIN
                                          United States District Judge